JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROMAN CATHOLIC BISHOP OF ORANGE,<br><br>    Plaintiff,<br><br>vs.<br><br>SCRIP ADVANTAGE, INC., et al.,<br><br>    Defendants. | CASE NO. SACV06-64-ODW(RNBx)<br><br>**[PROPOSED] ORDER DISMISSING CASE** |

**ORDER**

GOOD CAUSE APPEARING, the Court orders this entire action be dismissed with prejudice.

Dated: March 13, 2008

_____
Hon. Otis D. Wright, II
JUDGE, UNITED STATES DISTRICT COURT

-1-

|Q333.2|371577.DOC;1|